# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JANICE EDWARDS KNECHT,**
Appellant,

v.

**MICHAEL CARRINGTON KNECHT,**
Appellee.

No. 4D17-2297

[April 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller and Jeffrey Colbath, Judges; L.T. Case Nos. 502007DR006680XXXXNB and 502016DR010450XXXXNB.

Jeffrey M. Siskind of Siskind Legal, West Palm Beach, for appellant.

Michael C. Knecht, Esq., Jupiter, pro se.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***